UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YVONNE BARNES, *pro se*,

    Plaintiff(s),

v.                                          Case No: 8:10-CV-737-T-30AEP

DETECTIVE JEFFERY SAMBERG,
HILLSBOROUGH COUNTY
SHERIFF'S OFFICE,

    Defendant(s).
_____/

# ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Anthony E. Porcelli (Dkt. #8). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. #8) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Dkt. #2) is GRANTED as to Plaintiff's claims against Detective Jeffery Samberg in his individual capacity only.

3. Plaintiff's official capacity claims against Detective Jeffery Samberg and her claims against the Hillsborough County Sheriff's Office are DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4. The Clerk of Court is directed to correct the case caption to reflect the dismissal of Defendant Hillsborough County Sheriff's Office.

5. Plaintiff is directed to complete and return the "Summons in a Civil Case" form to the Clerk within twenty (20) days of the Court's Order, whereupon the United States Marshal is directed to serve this summons upon the Defendant.

**DONE** and **ORDERED** in Tampa, Florida on July 16, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Odd\2010\10-cv-737.adopt 8.wpd