**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**YVONNE BARNES,** *pro se,*

    **Plaintiff,**

v.                                                                                          Case No.  8:10-cv-737-T-30AEP

**DETECTIVE JEFFERY SAMBERG,**

    **Defendant.**
_____/

## ORDER

On July 1, 2010, Magistrate Judge Anthony Porcelli issued a Report and Recommendation on the *pro se* Plaintiff's Motion for Leave to Proceed *In Forma Pauperis*, which recommended, among other things, the dismissal of Plaintiff's official capacity claims against Detective Jefferey Samberg but allowing her claims against Samberg in his individual capacity.  The Court adopted the recommendations of Magistrate Judge Porcelli in an order dated July 16, 2010.  On July 15, 2010, Plaintiff filed a document entitled "Amend for Review of Consideration," which was entered on the docket as a second amended complaint.

Plaintiff has filed a Response to the Report of Recommendation (Dkt. 13), which the Court construes as a motion for reconsideration.  Plaintiff states that the document titled "Amend for Review of Consideration" was an objection to the Report and Recommendation in which she explained "why she felt that Plaintiff had grounds to sue Jefferey Samberg in his official capacity."  Upon review, that document still does not allege a proper claim against Samberg in his official capacity.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Response to the Report and Recommendation (Dkt. 13), which the Court construes as a motion for reconsideration, is DENIED.

2. The Court will accept "Amend for Review of Consideration" (Dkt. 9) as the Second Amended Complaint.

**DONE** and **ORDERED** in Tampa, Florida on September 23, 2010.

/s/ James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2010\10-cv-737.reconsider R&R.frm